1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | CARO MARKS, Bar #159267
Senior Litigator
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 | RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 07-MJ-49 KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) PRELIMINARY HEARING |
| RYAN SCOTT KERN, | ) |
| Defendant. | ) Date:  April 23, 2007 |
| | ) Time:  2:00 p.m. |
| | ) Judge: Dale A. Drozd |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of March 30, 2007 and set a preliminary hearing date of April 23, 2007 at 2:00 p.m..

A continuance is necessary to allow the parties to attempt a pre-trial, pre-indictment resolution of the case. The parties have met to discuss a pre-indictment resolution, and need additional time to 1) obtain a certified coy of defendant's criminal record and 2) contact

1  the state of Nevada, where a warrant is pending for Defendant's
2  appearance on a violation which the defense intends to resolve at the
3  same time as the instant case.
4      IT IS STIPULATED that the period from the signing of this Order,
5  through and including April 23, 2007 be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant
7  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
8  preparation of counsel. The government fully concurs with this request.
9  Dated:  March 29, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RYAN SCOTT KERN

Dated: March 29, 2007

MCGREGOR SCOTT
United States Attorney

/s/ William Wong
_____
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-