```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Mag. No. 07-49 KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION AND PROPOSED ORDER TO<br>) CONTINUE PRELIMINARY HEARING |
| RYAN SCOTT KERN, et al | ) |
| Defendant. | ) Date: August 21, 2007<br>) Time: 2:00 p.m.<br>) Judge: Edmund F. Brennan |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Abul Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of July 18, 2007 and set a preliminary hearing date of August 21, 2007 at 2:00 p.m..

A continuance is necessary to allow the parties to continue their pretrial negotiations in an effort to settle the case pre-indictment. Counsel for Mr. Kern has also subpoenaed documents from the state of Nevada pertaining to Mr. Kern's pending case in that jurisdiction to determine the possibility of a global settlement. Additional time is necessary to allow counsel to receive and review those documents and to

discuss a global settlement with the government.

   IT IS STIPULATED that the period from the signing of this Order, through and including August 21, 2007 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.  It is further stipulated that the defendant's agree to extend the time for their preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government fully concurs with this request.

Dated:  July 13, 2007

                              Respectfully submitted,

                              DANIEL BRODERICK
                              Federal Defender

                              /s/ Caro Marks
                              _____
                              CARO MARKS
                              Assistant Federal Defender
                              Attorney for Defendant
                              RYAN SCOTT KERN

                              /s/ Pete Kmeto

                              _____
                              Attorney for Rahman Abul Shadebadi

Dated: July 16, 2007
                              MCGREGOR SCOTT
                              United States Attorney

                              /s/ William Wong
                              _____
                              WILLIAM WONG
                              Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: July 16, 2007.

                              _____
                              Edmund F. Brennan
                              U.S. Magistrate Judge