1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RYAN SCOTT KERN

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  No. Mag. No. 07-49 KJM
11                                   )
                      Plaintiff,     )
12                                   )  STIPULATION AND ORDER TO CONTINUE
         v.                          )  PRELIMINARY HEARING
13                                   )
   RYAN SCOTT KERN et al,            )
14                                   )  Date:  October 2, 2007
                      Defendant.     )  Time:  2:00 p.m.
15                                   )  Judge: Kimberly J. Mueller
   _____  )
16

17       Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant

18  Federal Defender, Rahman Abul Shadebadi, by and through his counsel,

19  Peter Kmeto, and the United States Government, by and through its

20  counsel, William Wong, Assistant United States Attorney, hereby

21  stipulate and agree to vacate the previously scheduled preliminary

22  hearing date of August 21, 2007 and set a preliminary hearing date of

23  October 2, 2007 at 2:00 p.m..

24       A continuance is necessary to allow the parties to continue their

25  pretrial negotiations in an effort to settle the case pre-indictment.

26  Counsel for Mr. Kern has also subpoenaed documents from the state of

27  Nevada pertaining to Mr. Kern's pending case in that jurisdiction to

28  determine the possibility of a global settlement.  Additional time is

1   necessary to allow counsel to receive and review those documents and to

2   discuss a global settlement with the government.

3        IT IS STIPULATED that the period from the signing of this Order,

4   through and including October 2, 2007 be excluded in computing the time

5   within which trial must commence under the Speedy Trial Act, pursuant

6   to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing

7   preparation of counsel.   It is further stipulated that the defendant's

8   agrees to extend the time for their preliminary hearing pursuant to

9   Federal Rule of Criminal Procedure 5.1 (d).   The government fully

10  concurs with this request.

11  Dated:   August 9, 2007

12                                      Respectfully submitted,

13                                      DANIEL BRODERICK
                                        Federal Defender
14
                                        /s/ Caro Marks
15                                      _____
                                        CARO MARKS
16                                      Assistant Federal Defender
                                        Attorney for Defendant
17                                      RYAN SCOTT KERN

18                                      /s/ Peter Kmeto
    Dated: August 9, 2007              _____
19                                      PETER KMETO
                                        Attorney at Law
20                                      Attorney for Defendant
                                        Rahman Abul Shadebadi
21
                                        MCGREGOR SCOTT
22                                      United States Attorney

23                                      /s/ William Wong

24                                      _____
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
25

26  /////

27  /////

28  /////

                                    -2-

1

**ORDER**

2

**IT IS SO ORDERED.**

3

DATED: August 20, 2007.

4

5

_____

DALE A. DROZD

6

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

Ddad1/orders.criminal/kern0049.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-