```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RYAN SCOTT KERN et al, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. Mag. No. 07-49 KJM<br><br>STIPULATION AND ORDER TO CONTINUE<br>PRELIMINARY HEARING<br><br>Date:  November 6, 2007<br>Time:  2:00 p.m.<br>Judge: Dale A. Drozd |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Abul Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of October 2, 2007 and set a preliminary hearing date of November 6, 2007 at 2:00 p.m..

A continuance is necessary to allow the parties to continue their pretrial negotiations in an effort to settle the case pre-indictment. Counsel for Mr. Kern has also subpoenaed documents from the state of Nevada pertaining to Mr. Kern's pending case in that jurisdiction to determine the possibility of a global settlement.  Additional time is necessary to allow counsel to receive and review those documents and to

1  discuss a global settlement with the government.

2      IT IS STIPULATED that the period from the signing of this Order,
3  through and including November 6, 2007 be excluded in computing the
4  time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6  ongoing preparation of counsel.  It is further stipulated that the
7  defendant's agrees to extend the time for their preliminary hearing
8  pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government
9  fully concurs with this request.

10 Dated:  October 1, 2007

11                                      Respectfully submitted,

12                                      DANIEL BRODERICK
                                        Federal Defender
13
                                        /s/ Caro Marks
14                                      _____
                                        CARO MARKS
15                                      Assistant Federal Defender
                                        Attorney for Defendant
16                                      RYAN SCOTT KERN

17                                      /s/ Peter Kmeto
   Dated: October 1, 2007               _____
18                                      PETER KMETO
                                        Attorney at Law
19                                      Attorney for Defendant
                                        Rahman Abul Shadebadi
20
                                        MCGREGOR SCOTT
21                                      United States Attorney

22                                      /s/ William Wong
                                        _____
23                                      WILLIAM WONG
                                        Assistant U.S. Attorney
24

25                            **ORDER**

26 **IT IS SO ORDERED.**

27 Dated:  October 1, 2007.

28                                      _____
                                        U.S. MAGISTRATE JUDGE

Stipulation and Order