```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 07-MJ-0049 KJM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | PRELIMINARY HEARING |
| | ) | |
| RYAN SCOTT KERN et al, | ) | |
| | ) | Date: December 6, 2007 |
| Defendant. | ) | Time: 2:00 p.m. |
| _____ | ) | Judge: Edmund F. Brennan |

    Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Abul Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of November 6, 2007 and set a preliminary hearing date of December 6, 2007 at 2:00 p.m..

    A continuance is necessary to allow the parties to continue their pretrial negotiations in an effort to settle the case pre-indictment. Counsel for Mr. Kern is also presently involved in discussions with Mr. Kern's Nevada attorney in hopes of resolving his Nevada case globally with the instant case. Additional time is necessary to allow counsel to receive and review those documents and to discuss a global settlement

1

1 with the government.

2     IT IS STIPULATED that the period from the signing of this Order,
3 through and including December 6, 2007 be excluded in computing the
4 time within which trial must commence under the Speedy Trial Act,
5 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6 ongoing preparation of counsel.  It is further stipulated that the
7 defendant's agrees to extend the time for their preliminary hearing
8 pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government
9 fully concurs with this request.

10 Dated:  November 2, 2007

11                                     Respectfully submitted,

12                                     DANIEL BRODERICK
                                       Federal Defender
13                                     /s/ Caro Marks

14                                     _____
                                       CARO MARKS
                                       Assistant Federal Defender
15                                     Attorney for Defendant
                                       RYAN SCOTT KERN
16
                                       /s/ Peter Kmeto
17 Dated: November 2, 2007             _____
                                       PETER KMETO
18                                     Attorney at Law
                                       Attorney for Defendant
19                                     Rahman Abul Shadebadi

20                                     MCGREGOR SCOTT
                                       United States Attorney
21
                                       /s/ William Wong
22                                     _____
                                       WILLIAM WONG
23                                     Assistant U.S. Attorney

24 IT IS SO ORDERED.

25 DATED: November 2, 2007.

26

27                                     _____
                                       DALE A. DROZD
28  Ddad1/orders.criminal/kern0049.stipord(2)   UNITED STATES MAGISTRATE JUDGE

2