1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  RYAN SCOTT KERN

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,   ) No. Mag. No. 07-49 KJM
10                             )
              Plaintiff,       )
11                             ) STIPULATION AND ORDER TO CONTINUE
       v.                      ) PRELIMINARY HEARING
12                             )
   RYAN SCOTT KERN,            )
13                             ) Date:  January 7, 2008
              Defendant.       ) Time:  2:00 p.m.
14                             ) Judge: Gregory G. Hollows
   _____ )
15

16     Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant
17 Federal Defender, and the United States Government, by and through its
18 counsel, William Wong, Assistant United States Attorney, hereby
19 stipulate and agree to vacate the previously scheduled preliminary
20 hearing date of December 6, 2007 and set a preliminary hearing date of
21 January 7, 2008 at 2:00 p.m..

22     A continuance is necessary to allow the parties to continue their
23 pretrial negotiations in an effort to settle the case pre-indictment.
24 Counsel for Mr. Kern is also presently involved in discussions with Mr.
25 Kern's Nevada attorney in hopes of resolving his Nevada case globally
26 with the instant case. Additional time is necessary to allow counsel to
27 receive and review those documents and to discuss a global settlement
28 with the government.

1   IT IS STIPULATED that the period from the signing of this Order,
2 through and including January 7, 2008 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
5 preparation of counsel.  It is further stipulated that the defendant's
6 agrees to extend the time for their preliminary hearing pursuant to
7 Federal Rule of Criminal Procedure 5.1 (d).  The government fully
8 concurs with this request.
9 Dated:   November 2, 2007

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RYAN SCOTT KERN

/s/ Peter Kmeto


MCGREGOR SCOTT
United States Attorney

/s/ William Wong
_____
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:   December 5, 2007.

_____
U.S. Magistrate Judge

Stipulation and Proposed Order         -2-