FILED
December 11, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )      Case No. MAG. 07-0049 KJM
          Plaintiff,                )
                                    )
v.                                  )      ORDER FOR RELEASE OF
                                    )      PERSON IN CUSTODY
RYAN SCOTT KERN,                    )
                                    )
          Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RYAN SCOTT KERN , Case No.  MAG. 07-0049 KJM , Charge  Title 18 USC § 922 (g)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

X     Bail Posted in the Sum of $ 70,000.00

  X   Unsecured Appearance Bond: $50,000 co-signed by mother; $20,000 co-signed by grandmother.

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

  X   (Other)  With pretrial services supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 11, 2007  at  10:45  am.

By  /s/ Dale A. Drozd
    Dale A. Drozd
    United States Magistrate Judge