```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RYAN SCOTT KERN
```

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Mag. No. 07-49 KJM |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | PRELIMINARY HEARING |
|  | ) |  |
| RYAN SCOTT KERN, et al | ) |  |
|  | ) | Date: February 4, 2008 |
| Defendant. | ) | Time: 2:00 p.m. |
|  | ) | Judge: Kimberly J. Mueller |
| _____ | ) |  |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebani, by and through his counsel, Peter Kmeto, Attorney at Law, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of January 4, 2008 and set a preliminary hearing date of February 4, 2008 at 2:00 p.m.

A continuance is necessary to allow the parties to continue their pretrial negotiations in an effort to settle the case pre-indictment. Counsel for Mr. Kern is also presently involved in discussions with Mr. Kern's Nevada attorney in hopes of resolving his Nevada case globally with the instant case. Additional time is necessary to allow counsel to receive and review those documents and to discuss a global settlement

1 with the government.

2     IT IS STIPULATED that the period from the signing of this Order,
3 through and including February 4, 2008 be excluded in computing the
4 time within which trial must commence under the Speedy Trial Act,
5 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for
6 ongoing preparation of counsel.  It is further stipulated that the
7 defendant's agrees to extend the time for their preliminary hearing
8 pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government
9 fully concurs with this request.

10 Dated:   January 5, 2008

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RYAN SCOTT KERN

                                    /s/ Peter Kmeto
                                    _____
                                    PETER KMETO
                                    Attorney for Defendant
                                    RAHMAN SHADEBANI

                                    MCGREGOR SCOTT
                                    United States Attorney

                                    /s/ William Wong
                                    _____
                                    WILLIAM WONG
                                    Assistant U.S. Attorney

                                    **ORDER**

**IT IS SO ORDERED.**

Dated: 01/09/08                       /s/ Gregory G. Hollows
                                    _____
                                    U.S. Magistrate Judge

kern.eot

Stipulation and Proposed Order        -2-