PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 318
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: RAHMAN ABUL SHADEBADI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RYAN SCOTT KERN and<br>RAHMAN ABUL SHADEBADI,<br><br>　　　　　Defendants. | No. 07-MJ-0049 KJM<br><br>STIPULATION AND ORDER<br>TO CONTINUE<br>PRELIMINARY HEARING |

　　　Defendant, RAHMAN ABUL SHADEBADI, through his attorney, PETER KMETO, RYAN SCOTT KERN, through his attorney, CARO MARKS, and the United States of America, through its counsel of record, WILLIAM S. WONG, stipulate and agree to the following:

　　　1. The presently scheduled date of February 4th, 2008 for Preliminary Hearing shall be vacated and said Preliminary Hearing be rescheduled for March 10th, 2008 at 2:00 p.m..

　　　2.The Defense is currently in settlement negotiations with the government, thus making it appropriate for the court to make a finding of excludable time pursuant to Local Code T-4.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(8)(B)(iv) [Local Code T4] – additional time to adequately prepare for pretrial proceedings.

- 1 -

3. The Defendants also agree to extend the time for Preliminary Hearing pursuant to FRCP 5.1 (d).

IT IS SO STIPULATED.

Dated:  February 1, 2008                         /s/  WILLIAM S. WONG
                                                 Assistant U.S. Attorney
                                                 for the Government


Dated:  February 1, 2008                         /s/  PETER KMETO
                                                 Attorney for Defendant
                                                 RAHMAN ABUL SHADEBADI


Dated:  February 1, 2008                         /s/ CARO MARKS
                                                 Attorney for Defendant
                                                 RYAN SCOTT KERN

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the Preliminary Hearing currently set for February 4, 2008 be continued as set forth above to March 10, 2008.

The Court finds excludable time pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [Local Code T4] until March 10, 2008 to permit counsel to prepare.

DATED:  February 1, 2008.

_____
U.S. MAGISTRATE JUDGE