```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. No. 07-49 KJM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | PRELIMINARY HEARING |
| ) | |
| RYAN SCOTT KERN, et al ) | |
| ) | Date:  April 10, 2008 |
| Defendant. ) | Time:  2:00 p.m. |
| ) | Judge: Dale A. Drozd |
| _____ ) | |

    Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebadi, by and through his counsel, Peter Kmeto, Attorney at Law, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of March 10, 2008 and set a preliminary hearing date of April 10, 2008 at 2:00 p.m.

    A continuance is necessary to allow the parties to continue their pretrial negotiations in an effort to settle the case pre-indictment. All attorneys have recently been in trial, and/or will be in trial during the month of March, and will be unable to continue their pretrial negotiations until the end of March. Additional time is necessary to allow counsel to continue their pretrial negotiations and

1  arrive at a global settlement of both cases.

2      IT IS STIPULATED that the period from the signing of this Order,
3  through and including April 10, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
6  preparation of counsel.   It is further stipulated that the defendant's
7  agrees to extend the time for their preliminary hearing pursuant to
8  Federal Rule of Criminal Procedure 5.1 (d).  The government fully
9  concurs with this request.

10 Dated:   March 5, 2008

11                                     Respectfully submitted,

12                                     DANIEL BRODERICK
                                       Federal Defender
13
                                       /s/ Caro Marks
14                                     _____
                                       CARO MARKS
15                                     Assistant Federal Defender
                                       Attorney for Defendant
16                                     RYAN SCOTT KERN

17                                     /s/ Peter Kmeto
                                       _____
18                                     PETER KMETO
                                       Attorney for Defendant
19                                     RAHMAN SHADEBADI

20
                                       MCGREGOR SCOTT
21                                     United States Attorney

22                                     /s/ William Wong
                                       _____
23                                     WILLIAM WONG
                                       Assistant U.S. Attorney
24

25                        **ORDER**

26 **IT IS SO ORDERED.**

27 Dated:   March 6, 2008.

28                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order         -2-