DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Mag. No. 07-49 KJM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| RYAN SCOTT KERN, et al | Date: June 18, 2008 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Kimberly J. Mueller |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of May 13, 2008 and set a preliminary hearing date of June 18, 2008 at 2:00 p.m.

A continuance is necessary because defense counsel Marks will begin a jury trial on May 12, 2008 and will be unavailable for the current preliminary hearing date. In addition, Mr. Kern is involved in a state court proceeding (as a government witness) which necessitates a continuance of the formal charge on the pending federal case.

IT IS STIPULATED that the period from the signing of this Order,

through and including June 18, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.  It is further stipulated that the defendant's agrees to extend the time for their preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government fully concurs with this request.

Dated:  May 8, 2008

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Caro Marks
                                      _____
                                      CARO MARKS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      RYAN SCOTT KERN

                                         /s/ Peter Kmeto
                                      PETER KMETO
                                      Attorney at Law
                                      Attorney for Defendant
                                      RAHMAN SHADEBADI

                                      MCGREGOR SCOTT
                                      United States Attorney

                                      /s/ William Wong

                                      _____
                                      WILLIAM WONG
                                      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated:05/14/08                       /s/ Gregory G. Hollows

                                      U.S. Magistrate Judge
kern.ord2

Stipulation and Proposed Order        -2-