```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. Mag. No. 07-49 EFB |
| Plaintiff,  ) | STIPULATION AND PROPOSED ORDER TO CONTINUE PRELIMINARY HEARING |
| v.  ) | |
| RYAN SCOTT KERN, et al  ) | Date:  July 23, 2008 |
| Defendant.  ) | Time:  2:00 p.m. |
| ) | Judge: Edmund F. Brennan |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of June 18, 2008 and set a preliminary hearing date of July 23, 2008 at 2:00 p.m.

A continuance is necessary as Mr. Kern continues his involvement as a government witness in a state court homicide trial, which necessitates a continuance of the formal charge on the pending federal case. Since any resolution of the pending federal case has so far been discussed as a "package deal", codefendant Shadebedi's case should also be continued.  In addition to Mr. Kern's involvement in a pending state

1 court homicide trial, both defendants and the U.S. government are
2 involved in ongoing negotiations.
3     IS STIPULATED that the period from the signing of this Order,
4 through and including July 23, 2008 be excluded in computing the time
5 within which trial must commence under the Speedy Trial Act, pursuant
6 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
7 preparation of counsel.  It is further stipulated that the defendant's
8 agrees to extend the time for their preliminary hearing pursuant to
9 Federal Rule of Criminal Procedure 5.1 (d).  The government fully
10 concurs with this request.
11 Dated:   June 12, 2008

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
RYAN SCOTT KERN

   /s/ Peter Kmeto
PETER KMETO
Attorney at Law
Attorney for Defendant
RAHMAN SHADEBADI

MCGREGOR SCOTT
United States Attorney

/s/ William Wong
_____
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

Stipulation And Order          -2-