DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. No. 07-49 EFB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER TO |
| ) | CONTINUE PRELIMINARY HEARING |
| v. ) | |
| ) | |
| RYAN SCOTT KERN, et al ) | Date: August 21, 2008 |
| ) | Time: 2:00 p.m. |
| Defendants. ) | Judge: Dale A. Drozd |
| ) | |
| _____ ) | |

    Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of July 23, 2008 and set a preliminary hearing date of August 21, 2008 at 2:00 p.m.

    A continuance is necessary as Mr. Kern continues his involvement as a government witness in a state court homicide trial, which necessitates a continuance of the formal charge on the pending federal case. The case is scheduled for trial in August/September 2008. Since any resolution of the pending federal case has so far been discussed as a "package deal", codefendant Shadebedi's case should also be continued.  In addition to

Mr. Kern's involvement in a pending state court homicide trial, both defendants and the U.S. government are involved in ongoing negotiations.

IS STIPULATED that the period from the signing of this Order, through and including August 21, 2008 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.  It is further stipulated that the defendant's agrees to extend the time for their preliminary hearing pursuant to Federal Rule of Criminal Procedure 5.1 (d).  The government fully concurs with this request.

Dated:  July 22, 2008

                             Respectfully submitted,

                             DANIEL BRODERICK
                             Federal Defender

                             /s/ Caro Marks
                             _____
                             CARO MARKS
                             Assistant Federal Defender
                             Attorney for Defendant
                             RYAN SCOTT KERN

                              /s/ Peter Kmeto
                             PETER KMETO
                             Attorney at Law
                             Attorney for Defendant
                             RAHMAN SHADEBADI

                             MCGREGOR SCOTT
                             United States Attorney

                             /s/ William Wong
                             _____
                             WILLIAM WONG
                             Assistant U.S. Attorney

                             **ORDER**

**SO ORDERED.**

Dated:  July 22, 2008.

                             _____
                             U.S. Magistrate Judge

Stipulation and Proposed Order      -2-