```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RYAN SCOTT KERN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Mag. No. 07-0049 EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO<br>) CONTINUE PRELIMINARY HEARING |
| v. | ) |
| RYAN SCOTT KERN, et al | ) Date: October 21, 2008<br>) Time: 2:00 p.m. |
| Defendant. | ) Judge: Kimberly J. Mueller |

Ryan Scott Kern, by and through his counsel, Caro Marks, Assistant Federal Defender, Rahman Shadebadi, by and through his counsel, Peter Kmeto, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled preliminary hearing date of August 21, 2008 and set a preliminary hearing date of October 21, 2008 at 2:00 p.m.

A continuance is necessary as Mr. Kern continues his involvement as a government witness in a state court homicide trial, which necessitates a continuance of the formal charge on the pending federal case. The case is scheduled for trial in September 2008. Since any resolution of the pending federal case has so far been discussed as a "package deal",

1

1  codefendant Shadebedi's case should also be continued.  In addition to
2  Mr. Kern's involvement in a pending state court homicide trial, both
3  defendants and the U.S. government are involved in ongoing negotiations.
4       IS STIPULATED that the period from the signing of this Order,
5  through and including October 21, 2008 be excluded in computing the time
6  within which trial must commence under the Speedy Trial Act, pursuant to
7  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation
8  of counsel.  It is further stipulated that the defendant's agrees to
9  extend the time for their preliminary hearing pursuant to Federal Rule
10 of Criminal Procedure 5.1 (d).  The government fully concurs with this
11 request.
12 Dated:  August 20, 2008

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RYAN SCOTT KERN

                                         /s/ Peter Kmeto
                                        PETER KMETO
                                        Attorney at Law
                                        Attorney for Defendant
                                        RAHMAN SHADEBADI

                                        MCGREGOR SCOTT
                                        United States Attorney

                                        /s/ William Wong
                                        _____
                                        WILLIAM WONG
                                        Assistant U.S. Attorney

26 /////
27 /////
28 /////

**ORDER**

**IT IS SO ORDERED.**

DATED: August 20, 2008.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/kern0049.stipord(3)

-3-