1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RYAN SCOTT KERN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  No. 2:07-MJ-0049 EFB
                                     )
12              Plaintiff,           )
                                     )  **STIPULATION AND ORDER**
13      v.                           )  **CONTINUING PRELIMINARY HEARING**
                                     )
14  RYAN SCOTT KERN, et al.,         )
                                     )  Date:  October 21, 2008
15              Defendants.          )  Time:  2:00 p.m.
                                     )  Judge: Kimberly J. Mueller
16  _____ )

17

18      The parties (defendants Ryan Kern and Rahman Shadebadi and plaintiff,

19  United States of America) hereby stipulate through their respective

20  attorneys to continue the preliminary hearing scheduled for October 21, to

21  December 17, 2008, at 2:00 p.m.

22      Mr. Kern's case was assigned to a different federal public defender

23  in light of the absence of his previously-assigned counsel.  In early

24  November, Mr. Kern is expected to testify in a homicide trial underway in

25  Superior Court in Sacramento County.  The parties agree that the

26  preliminary hearing should be continued pending his testimony. Because the

27  parties anticipate resolving the allegations pending against both

28  defendants jointly, without an indictment, the parties agree that the case

1  should also be continued as to defendant Shadebadi.  The parties are

2  involved in ongoing negotiations.

3       The parties further agree that the above reasons constitute good cause

4  to extend the time for preliminary hearing under Federal Rule of Criminal

5  Procedure 5.1, and that time within which the indictment must be filed

6  should be extended to December 17, 2008, pursuant to the Speedy Trial Act,

7  18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

8                                         Respectfully submitted,

9                                         DANIEL BRODERICK
                                          Federal Defender
10

11 Dated:  October 17, 2008              /s/ T. Zindel
                                          TIMOTHY ZINDEL
12                                        Assistant Federal Defender
                                          Attorney for RYAN SCOTT KERN
13

14 Dated:  October 17, 2008              /s/ T. Zindel for P. Kmeto
                                          PETER KMETO
15                                        Attorney at Law
                                          Attorney for RAHMAN SHADEBADI
16
                                          McGREGOR SCOTT
17                                        United States Attorney

18 Dated:  October 17, 2008              /s/ T. Zindel for W. Wong
                                          WILLIAM S. WONG
19                                        Assistant U.S. Attorney

20

21                      **O R D E R**

22      The preliminary hearing is continued to December 17, 2008 at 2:00

23 p.m., the Court finding good cause, and time is excluded as set forth

24 above and for the reasons set forth above.

25      IT IS SO ORDERED.

26 Dated:  October 20, 2008

27                                        _____
                                          U.S. MAGISTRATE JUDGE
28

Stip. & O. Continuing Prelim.        -2-