DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN SCOTT KERN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-MJ-0049 EFB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING PRELIMINARY HEARING** |
| ) | |
| RYAN SCOTT KERN, et al., ) | |
| ) | Date:   December 17, 2008 |
| Defendants. ) | Time:   2:00 p.m. |
| ) | Judge:  Edmund F. Brennan |
| _____ ) | |

The parties (defendants Ryan Kern and Rahman Shadebadi and plaintiff, United States of America) hereby stipulate through their respective attorneys to continue the preliminary hearing scheduled for December 17 to January 14, 2009, at 2:00 p.m.

Counsel for the United States has agreed to provide discovery to the defendants, who both have expressed interest in reaching a pre-indictment resolution of the pending charges. Resolution of the case has been delayed for reasons described in previous stipulations, but the parties remain involved in negotiations.

The parties further agree that the above reasons constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal

1  Procedure 5.1, and that time within which the indictment must be filed
2  should be extended to January 14, 2009, pursuant to the Speedy Trial Act,
3  18 U.S.C. § 3161(h)(8)(A) and (B)(iv), for the reasons stated above.

                                          Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

7  Dated:  December 15, 2008         /s/ T. Zindel
                                          TIMOTHY ZINDEL
8                                        Assistant Federal Defender
                                       Attorney for RYAN SCOTT KERN

10 Dated:  December 15, 2008         /s/ T. Zindel for P. Kmeto
                                          PETER KMETO
11                                       Attorney at Law
                                       Attorney for RAHMAN SHADEBADI

                                       McGREGOR SCOTT
13                                      United States Attorney

14 Dated:  December 15, 2008         /s/ T. Zindel for W. Wong
                                         WILLIAM S. WONG
15                                      Assistant U.S. Attorney

## O R D E R

18  The preliminary hearing is continued to January 14, 2009, at 2:00
19  p.m., the Court finding good cause, and time is excluded as set forth
20  above and for the reasons set forth above.

21  IT IS SO ORDERED.

22  DATED:  December 16, 2008.

                                          */s/ Edmund F. Brennan*
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE